UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>   Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 25-cv-02712-TSH<br><br>**ORDER TO SHOW CAUSE** |

  Plaintiff Arcelio Joseph Reybol initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). Based on the information provided in his application, the Court was unable to determine whether Plaintiff is entitled to proceed in forma pauperis. For instance, when asked if he is presently employed, Plaintiff answered "No," but he wrote "Bloomber + Threadneedle" next to his answer. ECF No. 2 at 1. Plaintiff also crossed out many of the printed words on the first page. *Id*. When asked if he has received any money from certain listed sources within the past 12 months, Plaintiff checked yes for "Business, Profession or self employment," "Income from stocks, bonds, or royalties," and "Federal or State welfare payments, Social Security or other government source," but he did not state the amount received from each. *Id*. at 2. When asked, "Do you own or are you buying a home," Plaintiff answered yes, but he did not indicate the estimated market value and the amount of any mortgage payment. *Id*. at 3. As such, the Court denied Plaintiff's application and directed him to file a revised in forma pauperis application by April 18, 2025. ECF No. 4. Plaintiff has failed to respond.

  The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Arcelio Joseph Reybol to show cause why this

1  case should not be dismissed for failure to prosecute and failure to comply with court deadlines.

2  Plaintiff shall file a declaration by May 8, 2025.  <u>Notice is hereby provided that failure to file a

3  written response will be deemed an admission that you do not intend to prosecute, and this case

4  will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the

5  deadline above.

6  **IT IS SO ORDERED.**

8  Dated: April 24, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge